UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kaycie J.[1],

    Plaintiff,

v.

Leland Dudek[2],
*Acting Commissioner of Social Security*,

    Defendant.

Case No. 24-cv-3750 (JWB/DJF)

**ORDER**

This matter is before the Court on the parties' *Joint Motion for an Award of Attorney Fees Under the Equal Access to Justice Act* ("Fee Motion"). (ECF No. 17.)

Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA"), and based on the parties' agreement, the Court grants the Fee Motion in part. The Government shall pay Plaintiff $4,400.00 in attorney fees. In accordance with *Astrue v. Ratliff,* 560 U.S. 586 (2010), the EAJA fees may be subject to offset to satisfy any preexisting debt Plaintiff may owe the United States. If, after receiving the Court's EAJA fee order, the Commissioner: (1) determines Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's counsel, **Clifford Michael Farrell**. However, if there is a debt owed

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in orders in Social Security matters.

[2] Leland Dudek became Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and the last sentence of section 205(g) of the Social Security act, 42 U.S.C. § 405(g), the Court substitutes Leland Dudek for Martin J. O'Malley as the defendant in this matter.

under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by check made out to Plaintiff.

Any checks issued for payment (regardless of whether the check is made out to Plaintiff or to Plaintiff's counsel), shall be delivered to the law firm of Plaintiff's counsel at **Manring and Farrell, 5810 Shier Rings Road, Front, Dublin, Ohio 43016**.

Dated: April 22, 2025                                  *s/ Dulce J. Foster*
                                                       DULCE J. FOSTER
                                                       United States Magistrate Judge